ORIGINAL

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/12/12
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MICHAEL BHIM, Individually and On Behalf of All Others Similarly Situated,

       Plaintiff,

v.

OVERSEAS SHIPHOLDING GROUP, INC., MORTEN ARNTZEN, and MYLES R. ITKIN,

       Defendants.

No. 12 Civ. 07938-LLS

---

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)

**NOTICE IS HEREBY GIVEN** that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), Plaintiff Michael Bhim hereby voluntarily dismisses the above-captioned action, without prejudice as to all defendants, and without further notice. As grounds therefore, Plaintiff states that: (1) no defendant has filed an answer or a motion to dismiss; (2) this dismissal will not bind or prejudice any party or member of the putative class; and (3) a similar action is pending in the United States District Court for the Southern District of New York, entitled *Porzio v. Overseas Shipholding Group, Inc., et al.*, Case No. 12 Civ. 07948-SAS. The parties shall bear their respective costs.

Dated: December 7, 2012
    New York, New York

            Respectfully submitted,

            **POMERANTZ GROSSMAN HUFFORD DAHLSTROM & GROSS LLP**

            /s/ Jeremy A. Lieberman
            Marc I. Gross
            Jeremy A. Lieberman
            Fei-Lu Qian

600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (212) 661-8665

**POMERANTZ GROSSMAN HUFFORD**
**DAHLSTROM & GROSS LLP**
Patrick V. Dahlstrom
Ten South LaSalle Street, Suite 3505
Chicago, Illinois 60603
Telephone: (312) 377-1181
Facsimile: (312) 377-1184

*Attorneys for Plaintiff*

SO ORDERED.

_____
Louis L. Stanton
U.S.D.J.

12/11/12

2

## CERTIFICATE OF SERVICE

I, Jeremy A. Lieberman, counsel for Plaintiff, hereby certify that on December 7, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses of all counsel of record in this action.

/s/ Jeremy A. Lieberman
Jeremy A. Lieberman